# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SONIA LETICIA SALAZAR-AYALA,<br><br>Defendant. | Case No.: 17cr1680 JM<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case as it relates to Defendant SONIA LETICIA SALAZAR-AYALA be dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 19, 2020

_____
HONORABLE JEFFREY T. MILLER
United States District Judge